**FILED**

OCT 1 1 2016

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 11, 2016

Ms. Jeannette Clack
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

    No. 14-70038    Juan Castillo v. William Stephens, Director
                    USDC No. 5:12-CV-924-XR

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Charlene A. Vogelaar, Deputy Clerk
                            504-310-7648

**Supreme Court of the United States**
Office of the Clerk
Washington, DC 20543-0001

FILED
OCT 11 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 3, 2016

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Juan Castillo
       v. Lorie Davis, Director, Texas Department of Criminal Justice,
       Correctional Institutions Division
       No. 15-9233
       (Your No. 14-70038)
       5:12-CV-924-XR

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                         Sincerely,

                         Scott S. Harris, Clerk